EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| Marilia García-Rodríguez Pimentel | 2018 TSPR 37 |
| | 199 DPR ____ |

Número del Caso: TS-10,685

Fecha:    6 de marzo de 2018

Abogado de la peticionaria:

        Por derecho propio

Programa de Educación Jurídica Continua:

        Lcdo. José Ignacio Campos Pérez

Materia:  Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Marilia García-Rodríguez          TS-10,685
Pimentel

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 6 de marzo de 2018.

Atendida la *Petición* solicitando reinstalación a la práctica de la abogacía y de la notaría presentada por la Sra. Marilia García-Rodríguez Pimentel el 27 de febrero de 2018, se toma conocimiento del escrito. En consecuencia, se autoriza su reinstalación a la abogacía.

En cuanto a la notaría, una vez presentada la fianza notarial se procederá a la reinstalación.

Notifíquese inmediatamente por teléfono, por correo electrónico y por la vía ordinaria.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo